IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| INNOVATIVE ENGINEERING & CONSULTING CORP., | ) ) | Case No.: 1:05-CV-00764 |
| | ) | Judge: Kathleen M. O'Malley |
| Plaintiff, | ) ) | Magistrate Judge: Patricia A. Hemann |
| | ) | |
| v. | ) ) | **BRIEF OF INNOVATIVE ENGINEERING & CONSULTING** |
| HURLEY & ASSOCIATES, INC., et al. | ) ) | **CORP. IN OPPOSITION TO DEFENDANTS' RULE 16(f) MOTION** |
| Defendants. | ) | |

Plaintiff, Innovative Engineering & Consulting Corp. ("IEC"), opposes the Rule 16(f) Motion filed by Defendants.

The two conceivable purposes for this Motion are, first, to cause the very small corporate Plaintiff in this case to waste resources and, second, to represent falsely to this Court that Magistrate Judge Patricia Hemann took a negative view of IEC's claims. Rather than rise to this bait, IEC responds herein, through counsel, that the individuals who attended the mediation conference on behalf of IEC had full settlement authority and these individuals were allowed to communicate with their fellow owners.

Because the Motion is not well founded on its face, and based upon the representations of fact set forth herein, this Court should deny Defendants' Rule 16(f) Motion.

Respectfully submitted,

 /s/  Anthony J. LaCerva
ANTHONY J. LaCERVA (0032876)
*alacerva@calfee.com*
ALEXANDER E. GERTSBURG (0074401)
*agertsburg@calfee.com*
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio  44114-2688
216-622-8200/Fax 216-241-0816
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005, the foregoing Brief of Innovative Engineering & Consulting Corp. in Opposition to Defendants' Rule 16(f) Motion was served electronically. Notice of this filing will be sent to all other counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          */s/ Anthony J. LaCerva*
          One of the Attorneys for Plaintiff
          Innovative Engineering & Consulting Corp.